

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2019

No. 04-19-00637-CR

Ramiro Rangel **CAMPOS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5716
Honorable Steve Hilbig, Judge Presiding

# O R D E R

The trial court imposed sentence in the underlying cause on March 27, 2017. Because appellant did not file a motion for new trial within thirty days after sentence was imposed, the notice of appeal was due to be filed on April 26, 2017. TEX. R. APP. P. 26.2(a)(1). A motion for extension of time to file the notice of appeal could have been filed within fifteen days after the deadline, i.e., by May 26, 2017. TEX. R. APP. P. 26.3. Appellant did not file a timely motion for extension of time. On September 13, 2019, appellant filed a "Motion for Out of Time Appeal" in the trial court, which we construe as a notice of appeal. *See Harkcom v. State*, 484 S.W.3d 432, 434 (Tex. Crim. App. 2016). A late notice of appeal invokes the appellate court's jurisdiction in a criminal case only if (1) it is filed within fifteen days of the last day allowed for filing the notice of appeal, (2) a motion for extension of time is filed in the court of appeals within the fifteen-day grace period, and (3) the court of appeals grants the motion for extension of time. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).

Therefore, it is ORDERED that appellant show cause in writing why this appeal should not be dismissed for lack of jurisdiction **within fourteen (14) days** from the date of this order.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2019.



_____

KEITH E. HOTTLE,
Clerk of Court